NO. 04-15-00100-CR

IN THE
FOURTH COURT OF APPEALS
OF TEXAS
AT SAN ANTONIO, TEXAS

**BRANDON MASTER,**
Appellant



FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 AUG 17 PM 2:10
KEITH E. HOTTLE, CLERK

v.

**THE STATE OF TEXAS,**
Appellee

## APPELLANT'S MOTION FOR *PRO SE* ACCESS TO THE APPELLATE RECORD

TO THE HONORABLE COURT OF APPEALS:

COMES NOW the Appellant in the above styled and numbered cause and files this Motion for *Pro Se* Access to the Appellate Record.

I.

Appellant's appointed counsel has filed a motion to withdraw and brief in support of the motion, pursuant to *Anders v. California*, 386 U.S. 738 (1967).

II.

The undersigned Appellant wishes to exercise his right to review the appellate record in preparing his *pro se* response to the *Anders* brief that court-appointed counsel has filed. The undersigned Appellant now moves this Court to provide him with free, *pro se* access to the appellate record, including the clerk's

record and reporter's record. See *Kelly v. State*, 436 S.W.3d 313, 318-19 (Tex. Crim. App. 2014).

## III.

The undersigned Appellant is presently incarcerated and lacks access to a computer. For that reason, he respectfully requests that a paper copy of the appellate record be provided to him. He also asks for a 30-day extension of time to file his *pro se* brief.

## IV.

This motion is addressed to the Fourth Court of Appeals, Cadena-Reeves Justice Center, 300 Dolorosa St., Suite 3200, San Antonio, Texas 78205. This motion is delivered to the Fourth Court of Appeals by U.S. Mail, on this the 16th day of August, 2015.

WHEREFORE, PREMISES CONSIDERED, the Appellant respectfully prays that the Court grant this Motion for *Pro Se* Access to the Appellate Record.

Respectfully submitted,

**Brandon Master**
TDCJ# 01653759
Garza West Transfer Facility
4250 HWY 202
Beeville, TX 78102

APPELLANT *PRO SE*

RR at 35). Appellant was alone in the apartment and said his girlfriend hadn't been there for four days. (1 RR at 35-36). Santiago found a pipe used for smoking "crack" or marijuana on Appellant's bed. (1 RR at 38). He also found a knife with an eight-inch blade. (1 RR at 38). Appellant said the knife was his, but not the pipe. (1 RR at 40). The knife was a violation of probation because Appellant was not supposed to possess any weapons. (1 RR at 42).

Defense counsel called **Bill Bohneblust** to testify. He is also a Bexar County probation officer. (1 RR at 45). Bohneblust supervised Appellant "for about a year" and had "no trouble" with him. (1 RR at 45). He supervised Appellant in 2013 and 2014. (1 RR at 49).

The revocation hearing resumed the next day. (2 RR at 1). Appellant pleaded "true with an explanation" to the allegation that he violated condition number 2 by failing to submit to drug testing on January 16, 2015. (2 RR at 4). He entered the same plea to the allegations that he violated condition number 6-C by possessing the pipe and violated condition number 11 by possessing the knife. (2 RR at 4). Appellant blamed transportation problems for his failure to submit to the drug test on January 16, 2015. (2 RR at 5). He said the pipe was not his, but admitted that he owned the knife that was found in his apartment. (2 RR at 5-6).

Defense counsel asked the trial court to continue Appellant's probation. (2 RR at 8-9). The prosecutor reminded the trial court of Appellant's many prior

7

Brandon Master #1653759
Garza West
4250 Highway 202
Beeville, Tx. 78102

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO
2015 AUG 17 PM 2:10

Keith E. Hottle
KEITH E. HOTTLE, CLERK

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa St., Suite 3200
San Antonio, TX. 78205-3037



FOREVER USA
FOREVER USA
FOREVER